United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-50323
_____

GINGER RICHARDSON NOVELLI,

     Plaintiff - Counter Defendant - Appellant- Cross-Appellee,

WILLIAM L. RICHARDSON,

                           Plaintiff - Cross-Appellee,

               versus

JOSEPH PASCHALL, Etc.; ET AL.,

                              Defendants,

JOSEPH PASCHALL, doing business
as Paschall Skipper & Associates,
Individually and d/b/a Paschall Skipper &
Associates; PASCHALL SKIPPER & ASSOCIATES,

                         Defendants - Appellees,

PATRICK M. ARNOLD,

     Defendant- Counter Plaintiff -Appellee - Cross-Appellant,

WATSON C. ARNOLD JR.,

         Counter Plaintiff - Appellee - Cross-Appellant.
_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. W-02-CV-47
_____

Before JOLLY, DUHÉ, and STEWART, Circuit Judges.

PER CURIAM:[*]

    We have reviewed the record, studied the briefs and heard arguments of counsel. We are now thoroughly convinced that the judgment of the district court, granting summary judgment for the defendants and dismissing the complaint, is free of error. Consequently, its judgment is

                                                              AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.